IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jim Kanelos,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>County of Mohave, a government entity; Mohave County Board of Supervisors; Mr. Ron Walker, as Mohave County Manager (an appointed position); Mohave County Attorney, a mandated administrative division of Mohave County Government; Mr. Ron Walker, an individual; Mr. Matt Smith, as Mohave County Attorney (an elected position); Mr. Matt Smith, an individual; Mr. Bill Ekstrom, as Deputy Mohave County Attorney (a staff position); Mr. Bill Ekstrom, as individual; Mr. Buster Johnson, as Mohave County Supervisor (an elected position); Mr. Buster Johnson, as individual; Mr. Tom Sockwell, as Mohave County Supervisor (an elected position); Mr. Tom Sockwell, as individual; Mr. Gary Watson, as Mohave County Supervisor (an elected position); Mr. Gary Watson, as individual; John Does A-Z and Jane Does A-Z,<br><br>　　　　　　Defendants. | NO. CV 10-08149-PCT-GMS (lead no.)<br>　　CV 10-08099-PCT-GMS<br>　　(CONSOLIDATED FOR<br>　DISCOVERY PURPOSES ONLY)<br><br>**Order** |

QB\12965443.1

| | |
|---|---|
| Gianluca Zanna and Bridge Langston-Zanna, husband and wife, | |
| Plaintiffs, | |
| v. | |
| Mohave County, jural entity; Ron Walker and Jane Doe Walker, husband and wife; Tom Sockwell and Jane Doe Sockwell, husband and wife; Buster Johnson and Jane Doe Johnson, husband and wife; Gary Watson and Jane Doe Watson, husband and wife; and William Ekstrom and Jane Doe Ekstrom, husband and wife, | |
| Defendants. | |

Pursuant to the Plaintiffs' Joint Motion to Extend Deadlines Set Forth in the Order (Dkt. 57), and good cause appearing,

**IT IS HEREBY ORDERED** that the deadlines for both cases shall be as follows:

1. Fact Discovery Deadline: June 1, 2011, with depositions of fact witnesses to be concluded May 26, 2011.
2. Plaintiffs' Expert Disclosure: June 29, 2011
3. Defendants' Expert Disclosure: August 3, 2011
4. Rebuttal Experts: August 24, 2011
5. Expert Depositions:  September 22, 2011
6. Dispositive Motions:  October 19, 2011
7. Settlement Talks: June 15, 2011

Dated this 20th day of April, 2011.

*A. Murray Snow*
_____
G. Murray Snow
United States District Judge

QB\12965443.1                                -2-